Trevor Zimmerman /#250805107
Name and Prisoner/Booking Number

Pima County Jail / 3-B 21 B1
Place of Confinement

PO Box 951
Mailing Address

Tucson, Az. 85702
City, State, Zip Code

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐

NOV 10 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Trevor Zimmerman,
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) Bashas
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-625-TUC-RM (PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Tucson, Az, 3275 N Swan Rd 85712

Revised 5/1/2013                1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Bashas__. The first Defendant is employed as:
   __Bashas__ at __Bashas__.
   (Position and Title)                          (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Assult__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the day of my assult I went to Bashas To grab a couple things for my girlfriend and I so I went and grabbed the few things I needed and went to self check out. I scanned what I was purchesing and noticed I didnt have my phone so I told the ladie that was running self check out that I had to run out to my car and I would be right back to purchase my Items when I came back in the ladie was putting my Items back into a cart to take back. When she noticed me she looked suprised and said are you ready and I said yes I told you Id be right back. Then she tells me that we need to go to a regular register that the self checked out was gliching when It was working just fine so I said what ever fine so I went to a regular register she scanned all my Item and I used my tap to pay and It declined the money was in the account but it still declined so I told her the cauple Items I really needed so I pulled out my cash and noticed that She didnt clear it before she started ringing up the Items I needed so I let her know and she said Im not doing this and through my Items down and I said thats how you treat your customers and the man that was __Back side__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __Punitive Damages__

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

begging my ~~[redacted]~~ well then exactly now we treat them all" I said "I'm not buying shit from you guys and I grabbed my stuff and started walking out and the male employee started following me out talking shit and I seen from my perifreals the male employee started coming up behind me pritty quick so I turned and pulled out my knight stick and he pulled out a ball on a rope and swong it and tryed to hit me with it but I was able to move out of the way before he hit me while my back was turned I then put my knight stick away and started walking to my car then from behind me I here the cashier say you wont to keep talking shit you wont to keep running. your mouth and all of the sudden she emptys a whole bottle of peper spray on me and my eyes start watering and I cant see or breath my girlfriend that watched the whole thing gets out of the car and come and trys to help me so she writes down the date and takes pictures of everything and I take off my shirt to get most of the peper spray away from my face and stay out side of the car intill the peper spray stops affecting me so bad and we leave the next day I called corperet office and let them know I was fileing a law suit aginst the Bashas.

## E. REQUEST FOR RELIEF

State the relief you are seeking: $ 250,000.00 Punitive Damages I now have PTSD and have problems going into stores feeling like im going to attacked me. I was humiliated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/06/25__
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.